# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**ERIK MALDONADO,**

    **Plaintiff,**

**v.**                          Case No. 1:18cv139-MW/GRJ

**SGT. LYNN, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failure to exhaust administrative remedies before filing the case." The Clerk shall close the file.

**SO ORDERED** on September 20, 2018.

                                               **s/ MARK E. WALKER**
                                               **Chief United States District Judge**